No. 67008.—Thrifty Equipment Company and Universal Foreign Service, Inc. *v.* United States, protest 58/24182(A) (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of D–2 track chain the same in all material respects as that subject of Abstract 62985, the claim of the plaintiffs was sustained.

No. 67009.—Hoyt, Shepston & Sciaroni and Atlas Powder Company *v.* United States, protest 60/25078 (San Francisco).

Opinion by FORD, J. In accordance with oral stipulation of counsel that the involved meters do not measure the flowage of electricity and are articles of a class suitable for controlling, distributing, modifying, producing, or rectifying electrical energy, the claim of the plaintiffs was sustained.

SEPTEMBER 5, 1962

No. 67010.—APPEAL 5096.—United States *v.* Falcon Sales Company and J. J. Murphy & Co.— Appeal dismissed July 11, 1962.